# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONALD PENCE**                                                                                      **PLAINTIFF**

**V.**                    **CASE NO.: 3:14CV00014 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Ronald Pence's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Commissioner, Social Security Administration.

DATED this 11th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE